SCALES, J.
Plaintiff, Appellant below, appeals a final summary judgment entered on behalf of all three defendants, Montenay Power Corp., Miami-Dade County, and Hank Clements.
Because no genuine issue of disputed fact exists that Montenay Power Corp. and Hank Clements are entitled to workers’ compensation immunity[1], we affirm the trial court’s summary judgment for these two defendants.
While, on remand, Miami-Dade County may also be entitled to workers’ compensation immunity, the contract between Miami-Dade County and Florida Power & Light, which may establish that Miami-Dade County was the “statutory employer” of Plaintiff, was not part of the summary judgment evidence before the trial court. Therefore, the trial court’s entry of summary judgment for Miami-Dade County was premature.
We therefore affirm the final summary judgment for Montenay Power Corp. and Hank Clements, but reverse the final summary judgment for Miami-Dade County and remand for proceedings consistent herewith.

. Yero v. Miami-Dade Cnty., 838 So.2d 686 (Fla. 3d DCA 2003).